UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 06-20388
                                                Hon. Lawrence P. Zatkoff

KAREEM MARTIN,

    Defendant.
_____/

## OPINION AND ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      This matter comes before the Court on Magistrate Judge Whalen's Report and Recommendation [dkt 30], in which the Magistrate Judge recommends that the Court deny Defendant's post-judgment "motion seeking order for release of a portion of grand jury minutes" [dkt 27]. Defendant did not file objections to the Report and Recommendation and the allotted time period to do so has elapsed. The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

      Accordingly, IT IS HEREBY ORDERED that Defendant's "motion seeking order for release of a portion of grand jury minutes" [dkt 27] is DENIED.

    IT IS SO ORDERED.

                                                S/Lawrence P. Zatkoff
                                                LAWRENCE P. ZATKOFF
                                                UNITED STATES DISTRICT JUDGE

Dated: September 3, 2009

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on September 3, 2009.

                                      S/Marie E. Verlinde
                                      Case Manager
                                      (810) 984-3290