UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,

v.                                        Criminal Case No. 06-20388

Kareem Martin,                            Judge Sean F. Cox
                                          United States District Court Judge

      Defendant.
_____/

**ORDER**
**DENYING MOTION FOR APPOINTMENT OF COUNSEL,**
**DENYING MOTION FOR RETROACTIVE APPLICATION OF SENTENCING**
**GUIDELINES, AND DENYING MOTION TO HOLD PROCEEDINGS IN ABEYANCE**

In this criminal action, Defendant Kareem Martin ("Martin") was sentenced to a term of 276 months imprisonment.

Acting *pro se*, Martin filed a Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) on March 23, 2015. (Docket No. 62). On that same date, Martin filed a motion asking the Court to appoint counsel for him (Docket Entry No. 64) and a motion asking this Court to hold the proceedings in this case in abeyance until the United States Supreme Court decides *Johnson v. United States*. (Docket Entry No. 63).

The Court hereby ORDERS that Martin's motion asking the Court to appoint counsel for him is DENIED.

IT IS FURTHER ORDERED that Martin's motion asking this Court to hold proceedings in this action in abeyance is DENIED AS MOOT because, as the Government explained in its response to the motion, the Supreme Court issued *Johnson v. United States* 135 S. Ct. 2551

1

(2015) on June 26, 2015.

IT IS FURTHER ORDERED that Martin's Motion for Sentence Reduction Pursuant to

18 U.S.C. § 3582(c)(2) is DENIED because Martin was sentenced as a Career Offender and,

therefore, is not eligible for a reduction of sentence because the Career Offender provision

applies.

IT IS SO ORDERED.


Dated:  May 13, 2016                                s/ Sean F. Cox
                                                   Sean F. Cox
                                                   U. S. District Judge


I hereby certify that on May 13, 2016, the foregoing document was served on counsel of record
via electronic means and upon Kareem Martin via First Class mail at the address below:

Kareem Martin 40353-039
Federal Medical Center
PO Boc 14500
Lexington, KY 40512


                                                   s/ J. McCoy
                                                   Case Manager